**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Karen Allen Mullinax v. The State of Texas

Appellate case number:   01-19-00881-CR

Trial court case number:  1616807

Trial court:             248th District Court of Harris County

     Appellant, Karen Allen Mullinax, has filed a third unopposed motion for extension of time in which to file her brief. Appellant's motion is **granted.** Her brief is due May 1, 2020.

     It is so ORDERED.


Judge's signature: _____/s/Julie Countiss_____
                            Acting individually


Date:  April 7, 2020